**Brian A. Knutsen (OSB # 112266)**
**Emma Bruden (OSB # 163525)**
KAMPMEIER & KNUTSEN, PLLC
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515 (Knutsen)
(503) 719-5641 (Bruden)
brian@kampmeierknutsen.com
emma@kampmeierknutsen.com

**Peter M. ("Mac") Lacy (OSB # 013223)**
OREGON NATURAL DESERT ASSOCIATION
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
(503) 525-0193
lacy@onda.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N**, | No. 2:23-cv-01898-HL |
| Plaintiff, | |
| v. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| **TROY E. MEINK**, in his official capacity as the Acting Secretary of the U.S. Department of the Air Force, and **U.S. AIR FORCE**, | |
| Defendants. | |

Plaintiff Oregon Natural Desert Association ("ONDA") hereby responds to the Notice of

Supplemental Authority ("Notice"), ECF 36, filed by Defendants Troy E. Meink and the U.S.

Air Force (collectively, "Air Force") on August 18, 2025.

PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
- 1 -

The Air Force's Notice identifies an opinion issued by the U.S. Court of Appeals for the District of Columbia Circuit on July 15, 2025. *See* Notice, ECF 36 (citing *Ctr. for Biological Diversity v. U.S. Dep't of the Interior*, 144 F.4th 296 (D.C. Cir. 2025)). That opinion affirmed a district court decision that the Air Force relied upon in its briefing before the Magistrate Judge in this matter. Defs.' Mot. to Dismiss, ECF 22, at 24–25 (citing 22-cv-01716 (TSC), 2023 WL 7182041, 2023 U.S. Dist. LEXIS 195761 (D.D.C. Nov. 1, 2023)). The Magistrate Judge's Findings and Recommendation ("F&R"), ECF 27, properly rejected the Air Force's attempt to apply the *Center for Biological Diversity* ruling to the facts presented here. F&R, ECF 27, at 13–14. The Air Force did not object to that portion of the F&R. *See generally* Defs.' Objs. to F&R, ECF 33.

This Court should reject the Air Force's argument in the Notice because *Center for Biological Diversity* is inapt. "There, the plaintiffs challenged 4,366 drilling permit approvals that were issued in response to discrete applications," and the plaintiffs sought to "plot those thousands of separate permit approvals on a map, draw a circle around them, and then allege that members of its organization had a geographic nexus with that resulting circle." F&R, ECF 27, at 13; *see also* Pls.' Resp. to Defs.' Mot. to Dismiss, ECF 23, at 34. "Here, ONDA is challenging the Air Force's discharge of chaff and flares without an NPDES permit," and the fact that "there were multiple discharges over a wide area and into different waterways does not change that there is only one underlying CWA claim." F&R, ECF 27, at 14; *see also* Pls.' Resp. to Defs.' Mot. to Dismiss, ECF 23, at 34 (citing *Sierra Club v. BNSF Ry. Co.*, No. C13-0967-JCC, 2014 U.S. Dist. LEXIS 200930, at *20 (W.D. Wash. Mar. 12, 2014), and noting that "ONDA alleges one defendant repeatedly conducts the same activity over and over again in one adversely impacted area"). Further, unlike the plaintiffs in *Center for Biological Diversity*, here ONDA

alleges its members use the adversely impacted area, not nearby areas. *See* Pls.' Resp. to Defs.' Mot. to Dismiss, ECF 23, at 28, 34 n.2.

ONDA respectfully requests the Court reject the Air Force's efforts to analogize to *Center for Biological Diversity*, and the Court adopt the F&R's recommendation that ONDA sufficiently alleged standing.

RESPECTFULLY SUBMITTED this 19th day of August 2025.

KAMPMEIER & KNUTSEN PLLC

By: s/ Emma Bruden
    Emma Bruden, OSB # 163525
Brian A. Knutsen, OSB # 112266
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515 (Knutsen)
        (503) 719-5641 (Bruden)
Email: brian@kampmeierknutsen.com
      emma@kampmeierknutsen.com

OREGON NATURAL DESERT ASSOCIATION

Peter M. ("Mac") Lacy, OSB # 013223
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
Telephone: (503) 525-0193
Email: lacy@onda.org

*Attorneys for Plaintiff*
*Oregon Natural Desert Association*